UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Janet Foisie,

    Plaintiff

v.                                               Case No. 2:19-cv-14143

Patricia A. Biss, Worcester Polytechnic Institute,
and the unknown Representative of the Estate of
Robert A. Foisie,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing documents were served on Plaintiff's counsel by email on May 24, 2019:

> W. Andrew Clayton, Jr.
> John Waskom
> ICARD, MERRILL, CULLIS, TIMM,
> FUREN & GINSBURG, P.A.
> 2033 Main Street, Suite 600
> Sarasota, Florida 34237
> jwaskom@icardmerrill.com
> dclayton@icardmerrill.com
> jdreznin@icardmerrill.com
> dmerila@icardmerrill.com
> *Attorneys for Janet Foisie*

    1.    Order Setting Status Conference, Calendar Call, and Trial Date, Order of Requirements, and Order of Reference to Magistrate Judge (Dkt. 11);

    2.    Order Setting Discovery Procedures (Dkt. 13);

    3.    Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing for Attorney Roberto Braceras (Dkt. 14);

    4.    Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and

Request to Electronically Receive Notices of Electronic Filing for Attorney Samuel Gamer (Dkt. 15); and

    5.    Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing for Attorney Jennifer Chunias (Dkt. 16)

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Noel Boeke*
Noel R. Boeke
Florida Bar Number: 151830
noel.boeke@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, Florida  33602
Phone: 813-227-8500; Fax: 813-229-0134

/s/ Roberto M. Braceras
Roberto M. Braceras (pro hac vice)
Jennifer L. Chunias (pro hac vice)
Samuel J. Gamer (pro hac vice)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000; Fax.: +1 617 523 1231
RBraceras@goodwinlaw.com
JChunias@goodwinlaw.com
SGamer@goodwinlaw.com

*Attorneys for Worcester Polytechnic Institute*