UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14143-CIV-ROSENBERG/MAYNARD

JANET FOISIE,

    Plaintiff(s),

v.

PATRICIA BISS, et al.,

    Defendant(s).
_____/

## ORDER SETTING DISCOVERY STATUS CONFERENCE
## and
## ORDER REQUIRING JOINT DISCOVERY STATUS REPORT

**THIS CAUSE** comes before this Court upon an Order of Reference. It is hereby,

**ORDERED AND ADJUDGED** that U.S. Magistrate Judge Maynard will hold a final Discovery Status Conference on **THURSDAY, DECEMBER 12, 2019 at 2:30 PM**. It is a telephonic hearing. Counsel for the Plaintiff is responsible for initiating the conference call to opposing counsel and then to Chambers at (772) 467-2320. Chambers will not initiate the conference call. It is further,

**ORDERED AND ADJUDGED** that the parties shall file a **Joint Discovery Status Report** that addresses the following:

    a) what discovery has been propounded by each party;

    b) whether the discovery requests have been answered;

    c) the status of depositions, including:

        1. the number of depositions already taken;

2. the number of remaining depositions and whether they have been scheduled; and

3. an explanation of any delay in scheduling the remaining depositions;

d) the status of expert disclosures;

e) whether there are any outstanding discovery disputes;

f) whether the parties believe that a discovery status conference is needed and whether it may be canceled; and

g) whether the parties can certify that all discovery will be completed by the discovery deadline.

The parties shall file their Joint Discovery Status Report by **MONDAY, DECEMBER 9, 2019**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of June, 2019.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE