UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**JANET FOISIE,**

 **Plaintiff,**

v.                Case No.: 2:19-cv-14143

**PATRICIA A. BISS, WORCESTER
POLYTECHNIC INSTITUTE, AND
THE UNKNOWN REPRESENTATIVE
OF THE ESTATE OF ROBERT A. FOISIE,**

 **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF MEDIATOR SELECTION
AND SCHEDULING OF MEDIATION**

 COMES NOW the Plaintiff, Janet Foisie, by and through her undersigned counsel, and pursuant to the Court's June 10, 2019, Scheduling Order and Order Referring Case to Mediation (Doc. No. 31) files this her Notice of Mediator Selection and Scheduling of Mediation.

 The parties have selected Charles W. Ross as mediator. He is located at1535 Dr. M.L. King Jr. St. North, St. Petersburg, FL 33704. The parties plan to mediate at his office on February 4, 2020, beginning at 9:30 a.m.

(The remainder of this page left intentionally blank.)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-mail to Noel R. Boeke, Esq., Holland & Knight, LLP, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602 and Lee P. Teichner, Esq., Holland & Knight, LLP, 701 Brickell Avenue, Miami, FL 33131 noel.boeke@hklaw.com, and Roberto M. Braceras, Jennifer L. Chunias, Samuel J. Gamer and Joshua J. Bone, Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts 02210 Rbraceras@goodwinlaw.com   Jchunias@goodwinlaw.com   Sgamer@goodwinlaw.com Jbone@goodwinlaw.com and has been electronically filed with the Clerk of Courts using the ECF system which will send an E-mail to all counsel of record this 8th day of July, 2019.

      /s/ W. Andrew Clayton, Jr.
W. ANDREW CLAYTON, JR., ESQ.
Florida Bar No.  0739464
ICARD, MERRILL, CULLIS, TIMM
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
Telephone: (941) 366-8100
Facsimile:  (941) 366-5263
Email: Dclayton@IcardMerrill.com
Email: Jwaskom@IcardMerrill.com
Secondary Email: Jdreznin@IcardMerrill.com