UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**JANET FOISIE,**

    **Plaintiff,**

**v.**                                                                        **Case No.: 2:19-cv-14143**

**PATRICIA A. BISS, WORCESTER
POLYTECHNIC INSTITUTE, AND
THE UNKNOWN REPRESENTATIVE
OF THE ESTATE OF ROBERT A. FOISIE,**

    **Defendants.**

_____/

**PLAINTIFF'S NOTICE OF ENTRY OF PARTY**

    COMES NOW the Plaintiff, Janet Foisie, by and through her undersigned counsel, and files this her Notice of Entry of Party, and would request entry of Charles W. Ross, 1535 Dr. M.L. King Jr. St. North, St. Petersburg, FL 33704, as Mediator.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-mail to Noel R. Boeke, Esq., Holland & Knight, LLP, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602 and Lee P. Teichner, Esq., Holland & Knight, LLP, 701 Brickell Avenue, Miami, FL 33131 noel.boeke@hklaw.com, and Roberto M. Braceras, Jennifer L. Chunias, Samuel J. Gamer and Joshua J. Bone, Goodwin Procter, LLP, 100 Northern Avenue, Boston, Massachusetts 02210 Rbraceras@goodwinlaw.com    Jchunias@goodwinlaw.com    Sgamer@goodwinlaw.com Jbone@goodwinlaw.com and has been electronically filed with the Clerk of Courts using the ECF system which will send an E-mail to all counsel of record this 17th day of July, 2019.

                                                       /s/ W. Andrew Clayton, Jr.
                                                     W. ANDREW CLAYTON, JR., ESQ.
                                                     Florida Bar No. 0739464
                                                     ICARD, MERRILL, CULLIS, TIMM
                                                     FUREN & GINSBURG, P.A.
                                                     2033 Main Street, Suite 600
                                                     Sarasota, FL 34237
                                                     T: (941) 366-8100 F: (941) 366-5263
                                                     Email: Dclayton@IcardMerrill.com
                                                     Email: Jwaskom@IcardMerrill.com
                                                     Secondary Email: Jdreznin@IcardMerrill.com

01009936-1                                         1